**Opinion issued March 2, 2021**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-21-00018-CV

———————————

**ELIZABETH V. ORR, Appellant**

**V.**

**METRO NATIONAL CORPORATION AND MEMORIAL CITY MALL, LP, Appellees**

On Appeal from the 152nd District Court
Harris County, Texas
Trial Court Case No. 2019-15455

## MEMORANDUM OPINION

Appellant, Elizabeth V. Orr, representing that she "no longer desires to prosecute this appeal," has filed a motion to dismiss the appeal. No other party has filed a notice of appeal and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c). Further, appellant's motion includes a certificate of conference representing that

appellees, Metro National Corporation and Memorial City Mall, LP, do not oppose the relief requested in appellant's motion.  *See* TEX. R. APP. P. 10.3(a)(2).

Accordingly, we grant the motion and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1); 43.2(f).  We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Countiss, Rivas-Molloy, and Guerra.